STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U. S. Attorney

FLORENCE T. NAKAKUNI
Assistant U.S. Attorney
U. S. Attorney's Office
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff UNITED
STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB - 8 2001

at ___ o'clock and ___ min. ___ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>           Plaintiff,                )<br>                                     )<br>     vs.                             )<br>                                     )<br> MICHAEL E. CABANLET,                )<br>                                     )<br>           Defendant.                )<br>_____) | CR. NO. CR01-00048 HG<br><br>INDICTMENT<br>[21 U.S.C. § 860] |

INDICTMENT

COUNT 1

The Grand Jury charges that:

On or about February 16, 2000, in the District of Hawaii, the defendant, MICHAEL E. CABANLET, did knowingly and intentionally distribute a quantity of heroin, approximately 0.067 grams, a Schedule I controlled substance, within 1,000 feet of the real property comprising a playground.

All in violation of Title 21, United States Code, Section 860.

## COUNT 2

The Grand Jury further charges that:

On or about May 10, 2000, in the District of Hawaii, the defendant, MICHAEL E. CABANLET, did knowingly and intentionally distribute a quantity of heroin, approximately 0.581 grams, a Schedule I controlled substance, within 1,000 feet of the real property comprising a playground.

All in violation of Title 21, United States Code, Section 860.

## COUNT 3

The Grand Jury further charges that:

On or about May 11, 2000, in the District of Hawaii, the defendant, MICHAEL E. CABANLET, did knowingly and intentionally distribute a quantity of heroin, approximately 1.347 grams, a Schedule I controlled substance, within 1,000 feet of the real property comprising a playground.

All in violation of Title 21, United States Code, Section 860.

## COUNT 4

The Grand Jury further charges that:

On or about May 19, 2000, in the District of Hawaii, the defendant, MICHAEL E. CABANLET, did knowingly and intentionally distribute a quantity of heroin, approximately 0.828 grams, a Schedule I controlled substance, within 1,000 feet of the real property comprising a playground.

All in violation of Title 21, United States Code, Section 860.

## COUNT 5

The Grand Jury further charges that:

On or about June 28, 2000, in the District of Hawaii, the defendant, MICHAEL E. CABANLET, did knowingly and intentionally distribute a quantity of heroin, approximately 0.653 grams, a Schedule I controlled substance, within 1,000 feet of the real property comprising a playground.

All in violation of Title 21, United States Code, Section 860.

## COUNT 6

The Grand Jury further charges that:

On or about July 18, 2000, in the District of Hawaii, the defendant, MICHAEL E. CABANLET, did knowingly and intentionally distribute a quantity of heroin, approximately 0.584 grams, a Schedule I controlled substance, within 1,000 feet of the real property comprising a playground.

All in violation of Title 21, United States Code, Section 860.

## COUNT 7

The Grand Jury further charges that:

On or about July 22, 2000, in the District of Hawaii, the defendant, MICHAEL E. CABANLET, did knowingly and intentionally distribute a quantity of heroin, approximately

0.902 grams, a Schedule I controlled substance, within 1,000 feet of the real property comprising a playground.

All in violation of Title 21, United States Code, Section 860.

## COUNT 8

The Grand Jury further charges that:

On or about October 20, 2000, in the District of Hawaii, the defendant, MICHAEL E. CABANLET, did knowingly and intentionally distribute a quantity of heroin, a Schedule I controlled substance, within 1,000 feet of the real property comprising a playground.

All in violation of Title 21, United States Code, Section 860.

## COUNT 9

The Grand Jury further charges that:

On or about October 27, 2000, in the District of Hawaii, the defendant, MICHAEL E. CABANLET, did knowingly and intentionally distribute a quantity of heroin, a Schedule I controlled substance, within 1,000 feet of the real property comprising a playground.

All in violation of Title 21, United States Code, Section 860.

DATED:    2/8   , 2001 at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, Grand Jury

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
FLORENCE T. NAKAKUNI
Assistant U.S. Attorney

UNITED STATES v. MICHAEL E. CABANLET
CR. NO. 01-
"Indictment"

5